UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                  CASE NO. 07 B 04216
  CHRISTINE R BURKE
                                        CHAPTER 13

                                        JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-1530
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 03/09/07 and confirmed on 06/27/07.

2. The case was converted to Chapter 7 after confirmation, 02/02/2009.

3. The Debtor paid a total of $ 6300.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| AURORA LOAN SERVICES | CURRENT MORTG | .00 | .00 | .00 |
| AURORA LOAN SERVICES | MORTGAGE ARRE | 132318.20 | .00 | 1530.20 |
| STATE BANK OF COUNTRYSID | SECURED | .00 | .00 | .00 |
| GOLDSTINE SKRODZKI ET AL | SECURED | 14459.73 | .00 | 1100.00 |
| REICH & ORLOFF | SECURED | 3109.50 | .00 | 1100.00 |
| AMERICREDIT FINANCIAL | SECURED VEHIC | .00 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 1647.68 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 136.39 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 2351.99 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 3509.93 | .00 | .00 |
| NATIONAL CAPITAL MGMT LL | UNSECURED | 528.31 | .00 | .00 |
| FIRST NATIONAL CREDIT CA | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 461.93 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 445.72 | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1654.44 | .00 | .00 |
| THOMAS P BURKE | UNSECURED | NOT FILED | .00 | .00 |

Summary of disbursements:

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---:|---:|---:|---:|---:|
| TOTAL CLMS ALLOWED | 149887.43 | .00 | 10736.39 | .00 | 160623.82 |
| PRINCIPAL PAID | 3730.20 | .00 | .00 | .00 | 3730.20 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 3730.20 | .00 | .00 | .00 | 3730.20 |

The Debtor's attorney, JOHN A REED                    , was allowed $   3000.00 and was paid $    726.00  direct and $   2274.00  through the plan.

The Trustee received $     295.80 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/18/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE










                              PAGE   2
        CASE NO. 07 B 04216 CHRISTINE R BURKE